**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHREYA DIPAK RUPARELIYA,** | : | **CIVIL ACTION** |
| **HETAL ANJAN, DIPAK** | : | |
| **RUPARELIYA** | | |
| | : | |
| **v.** | : | **NO. 26-2343** |
| | : | |
| **MARKWAYNE MULLIN, JOSEPH** | : | |
| **EDLOW, MICHAEL CATALANO,** | : | |
| **TODD BLANCHE** | : | |

## ORDER

 **AND NOW**, this 17th day of April 2026, upon considering Plaintiffs' Notice of Voluntary

Dismissal (ECF 6), it is **ORDERED**:

 1. This action is **DISMISSED** without prejudice under Federal Rule of Civil

Procedure 41(a)(1)(A)(i); and,

 2. The Clerk of Court shall **close** this case.


_____
**KEARNEY, J.**